IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KOREY DEWAYNE RABION**                                                                 **PLAINTIFF**
**ADC #115045**

v.                                          Case No: 4:23-cv-01190-LPR

**ESTELLA BLAND, et al.**                                                               **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 19) and the Plaintiff's Objections (Doc. 20).[1] After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Defendants' Motion for Summary Judgment on the Issue of Exhaustion (Doc. 12) is GRANTED. Plaintiff's deliberate-indifference claims against Defendants Bland, Carlyle, and Irons are DISMISSED without prejudice based on Plaintiff's failure to fully exhaust his administrative remedies. The Clerk is instructed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.[2]

---

[1] After Judge Kearney entered the RD, Mr. Rabion responded to the Defendants' summary judgment motion, asserting that prison staff had misplaced his original Response to the motion. *See* Plaintiff's Objections (Doc. 20); Plaintiff's Response to Motion for Summary Judgment (Doc. 22); Plaintiff's Statement of Facts (Doc. 23); and Notice (Doc. 24). Out of an abundance of caution, the Court has considered these documents as though they were timely filed; however, nothing in them moves the needle for Mr. Rabion, or otherwise affects the outcome of the Court's decision.

[2] On June 4, 2025, Defendants filed a Suggestion of Death, informing the Court that Mr. Rabion passed away on November 20, 2024. This was more than two months prior to the Court entering a Bankruptcy Stay in the instant case. In any event, given today's Order of dismissal, the Court need not consider the Rule 25 implications of Mr. Rabion's passing.

IT IS SO ORDERED this 4th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE